UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MOBILITY WORKX, LLC | § | |
| V | § | 4:23-CV-594-ALM |
| AT&T INC. ET AL | § | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendants AT&T Inc., AT&T Corp., AT&T Communications LLC, AT&T Mobility LLC and AT&T Services Inc. (collectively "Defendants" or "AT&T") file this Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint. Defendant AT&T Corp. was served on June 30, 2023 making its answer due July 21, 2023. Defendants AT&T Inc., AT&T Communications LLC, AT&T Mobility LLC and AT&T Services Inc. have not been served. Pursuant to an agreement between the parties, Defendants AT&T Inc., AT&T Communications LLC, AT&T Mobility LLC and AT&T Services Inc. have agreed to accept service in exchange for an extension of time to answer or otherwise respond to Plaintiff's Complaint up to and including August 28, 2023 for all Defendants.

Dated: July 19, 2023

                                                    Respectfully submitted,

                                                    */s/ Deron R. Dacus*
                                                    Deron R. Dacus
                                                    State Bar No. 00790553
                                                    The Dacus Firm, P.C.
                                                    821 ESE Loop 323, Suite 430
                                                    Tyler, TX 75701
                                                    Phone: (903) 705-1117
                                                    Fax: (903) 581-2543
                                                    ddacus@dacusfirm.com

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Defendants conferred with Plaintiff's counsel. Plaintiff does not oppose Defendants' request sought in this motion.

*/s/ Deron R. Dacus*
Deron R. Dacus

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 19th day of July, 2023, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5. Any other counsel of record will be served by a facsimile transmission and/or first class mail.

*/s/ Deron R. Dacus*
Deron R. Dacus